# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2014

Robert P. Young, Jr.,
Chief Justice

147296(102)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WAYNE COUNTY EMPLOYEES
RETIREMENT SYSTEM and WAYNE
COUNTY RETIREMENT COMMISSION,
      Plaintiffs/Counter-
      Defendants-Appellees,

v

CHARTER COUNTY OF WAYNE,
      Defendant/Counter-
      Plaintiff-Appellant,

and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
      Defendant-Appellant.
_____/

SC: 147296
COA: 308096
Wayne CC: 10-013013-AW

      On order of the Chief Justice, the motion of defendants-appellants Wayne County and Wayne County Board of Commissioners to extend the time to file their supplemental brief are GRANTED. The brief will be accepted as timely filed if filed on or before January 22, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2014



Clerk